1 CASE #: 23-cv-0001(LTS)(GWG)
2 **USDC for the SDNY**
3 PRINCE                                }
4 OF NEW NEW YORK               }
5            v.                         }
6  AMERICAN EXPRESS              }
7  HIGH YIELD SAVINGS;            }
8  CASH APP; THE U.S.             }
9  SOCIAL SECURITY.               }
10 ADMINISTRATION;                 }
11 THE STATE OF CALIFORNIA;  }
12 JOHN DOES 1-72;                 }
13 JANE DOES 1-72;                 }
14 & DOE #73.                          }
15 **IFP AFFIDAVIT** 1/1/2023 0:00EST
16 After calculating income v. expenses
17 plaintiff is destitute and can not afford
18 prepayment of fees to initiate civil
19 documents with the Court.
20 End Pg 1 of 2 Begin Pg 2 of 2
21 CASE #: 23-cv-0001(LTS)(GWG)
22 **USDC for the SDNY**
23 PRINCE v. DOE #73, *et al.*
24 **CIVIL COMPLIANT**1/1/2023 0:00EST
25 Sometimes I feel like a motherless
26 child. "The complaint is devoid of facts
27 showing Plaintiff's relationship to
28 this matters." **s/** Violin [O]. Guitar †-

**From:** Toliver Totenberg <reasonlogiclaw@gmail.com>
**Sent:** Friday, December 2, 2022 11:10 AM
**To:** Temporary Pro Se Filing NYSD <Temporary_Pro_Se_Filing@nysd.uscourts.gov>; CA02db ProSeCases <prosecases@ca2.uscourts.gov>; PrivacyOffice <privacyoffice@doj.ca.gov>; foil@dany.nyc.gov; adacoordinator@vacourts.gov; artsmedia.technology@gmail.com
**Cc:** protective_int@usdoj.gov; victimassistance.fraud@usdoj.gov; Postmaster Redirect <postmaster@uscourts.gov>; efilingsupport@supremecourt.gov; support@pacermonitor.com; info@nylag.org
**Subject:** "Pro Se Filing – 23-CV-0001." Fwd: FILE ON DEMAND Fwd: HUD Inquiry 708244 - data request

┌─────────────────────────────────────────────────────────────────────────┐
│ **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open │
│ attachments that appear suspicious.                                       │
└─────────────────────────────────────────────────────────────────────────┘

"Pro Se Filing – 23-CV-0001." Fwd: FILE ON DEMAND
Chavez Does,
c o B eee Flatt + 13
106 1/2 Judge John Alison St.
PMB 722
Los Angeles, CA 90014
(512) 4-DOE-757
rtsmed@proton.me

Chavez, }
Caeser; }        **Enforcement**
*et al. v.* } 23 Civ. 1
HUD;.   }   (LLS)(GWG)
MMS } 42 U.S.C. 3613
Does; }
*et al.* }

Sec. 813.

**(a) Civil Action. --**

(1)

(A) An aggrieved person may commence a civil action in an appropriate United States district court or State court not later than 2 years after the occurrence or the termination of an alleged discriminatory housing practice, or the breach of a conciliation agreement entered into under this title, whichever occurs last, to obtain appropriate relief with respect to such discriminatory housing practice or breach.

(B) The computation of such 2-year period shall not include any time during which an administrative proceeding under this title was pending
with respect to a complaint or charge under this title based upon such discriminatory housing practice. This subparagraph does not apply to actions arising from a breach of a conciliation agreement.

(2) An aggrieved person may commence a civil action under this subsection whether or not a complaint has been filed under section 810(a) and without regard to the status of any such complaint, but if the Secretary or a State or local agency has obtained a conciliation agreement with the consent of an aggrieved person, no action may be filed under this subsection by such aggrieved person with respect to the alleged discriminatory housing practice which forms the basis for such complaint except for the purpose of enforcing the terms of such an agreement.

(3) An aggrieved person may not commence a civil action under this subsection with respect to an alleged discriminatory housing practice which forms the basis of a charge issued by the Secretary if an administrative law judge has commenced
a hearing on the record under this title with respect to such charge.

**(b) Appointment of Attorney by Court.** bit.ly/probonopublico -- Upon application by a person alleging a discriminatory housing practice or a person against whom such a practice is alleged, the court may--

(1) appoint an attorney for such person; or

(2) authorize the commencement or continuation of a civil action under subsection (a) without the payment of fees, costs, or security, if in the opinion of the court such person is financially unable to bear the costs of such action.

**(c) Relief Which May Be Granted.**

(1) In a civil action under subsection
(a), if the court finds that a discriminatory housing practice has occurred or is about to occur, the court may award to the plaintiff actual and punitive damages, and subject to subsection (d), may grant as relief, as the court deems appropriate, any permanent or temporary injunction, temporary restraining order, or other order (including an order enjoining the defendant from engaging in such practice or ordering such affirmative action as may be appropriate).

(2) In a civil action under subsection
(a), the court, in its discretion, may allow the prevailing party, other than the United States, a reasonable attorney's fee and costs. The United States shall be liable for such fees and costs to the same extent as a private person.

Affirmed under penalty of perjury this 24th Day of November, 2022.

_____

Juan Pablo Chavez, Chief
Maestro
/s/ Mr. Chavez, Pro seE-113 IFP

_____

Chief Caeser, Counsel
Lead
/s/ Chëf Seizure, E-13, #270

Caeser,
c/o Reason, Logic & Law
151 1st Ave., 270
NY, NY 10003
(202) 643-3LAW
skidgrrrow@gmail.com

--
Fair Housing Basics:
https://youtu.be/TuUExq8jWhQ

Disability Rights:
https://youtu.be/Vw7yrMX89IM

For Counselors:
https://youtu.be/IZsSIBoTd1E

-
https://www.justice.gov/crt/fair-housing-act-2

https://youtu.be/lb-qrGGnHA4


---------- Forwarded message ---------
From: **TSE MANAGEMENT™** <time.space.energy.mgmt@gmail.com>
Date: Fri, Dec 2, 2022, 10:44 AM
Subject: Fwd: HUD Inquiry 708244 - data request
To: Reason, Logic & Law <reasonlogiclaw@gmail.com>


---------- Forwarded message ---------
From: **TSE MANAGEMENT™** <time.space.energy.mgmt@gmail.com>
Date: Fri, Dec 2, 2022, 9:16 AM
Subject: Fwd: HUD Inquiry 708244 - data request
To: Reason, Logic & Law <reasonlogiclaw@gmail.com>, <izabellemaysi@proton.me>
Cc: <ombudsman@dhs.nyc.gov>, <info@sus.org>, TSE MANAGEMENT™
<time.space.energy.mgmt@gmail.com>, <kazava@mannatt.com>, <rtsmd@proton.me>

DHS
#3228281 Manhattan Mini Storage
Unit # 3-16-51 44th Street/Highway HH
718-291-4141
Call next Thursday
if know response.

https://drive.google.com/folderview?id=1Tlhso41lYfxW08hIDFPLa0HTwEFQCdt-
---------- Forwarded message ---------
From: **Chēf Ron Tubaman** <skidgrrrow@gmail.com>
Date: Thu, Dec 1, 2022, 8:11 PM
Subject: Fwd: HUD Inquiry 708244 - data request
To: Reason, Logic & Law <reasonlogiclaw@gmail.com>, <HomelessMobileUnit@pubdef.lacounty.gov>,
<answers@hud.gov>, Questions CA09Operation <questions@ca9.uscourts.gov>,
<frances.n.ha@hud.gov>
Cc: <time.space.energy.mgmt@gmail.com>

[Q]uestions.

**1. How were you discriminated against? State briefly what happened. Describe incidents with dates
and perpetrators.**

Used Vent/Thermostat. Keys. Contracts. Guards/State Actors. In disparity.


**2. Who discriminated against you? What did they do? Please provide their mailing address.**

John/Jane Does 1-9

HACLA
2600 Wilshire Blvd, Los Angeles, CA 90057

Ballington Plaza, Maintenance/Custodian
622 Wall St.
Los Angeles, CA 90014

**3. Why do you believe any injury is because of your race, color, national origin, religion, sex, disability,
or familial status? Describe incidents with dates that indicate a protected status is involved.**

Use of racial slurs based on color of skin, minority status. Disability because of inappropriate question
re: mental health/history. Smoke/Service Animal.

Please see grievances filed with voala ethics point and lobby staff for incident dates.


**4. When did these incidents that denied you rights occur?**

2/1/22 - Present

**5. What is the address of the property where the discrimination occurred?**

622 Wall St. C/D-building/ A-building Main Lobby
Los Angeles CA 90014

**6. Please provide the names of all persons in your household at the time of the discrimination, the dates of birth for the minors, and your current mailing address. Please also include your current phone number and email address.**

Carlos, Maintenance; Mr. Ronald Love, Security Guard.

**7. How is your landlord harassing you based on race, color, national origin, religion, sex disability, or familial status?**

Thermostat/Vent abuse because mental history, old condition, maintenance. Servitude. *Involuntary.*

**8. Do you have a preferred pronoun for us to use in our communications with you?**

Chief or Mister.

**9. When did you move into the unit?**

2/1/22

**10. Please describe your dwelling – do you live in an apartment complex? Single-family home? Duplex, triplex, or fourplex?**

Hotel Coroner Office with Tubroom, Single shower, and built-in workdesk, cabinet, wardrobe. Quarter Semi-furnished.

**11. When was the last date of violation (MM/DD/YYYY), and what happened on that date?**

Mr. Love and the police confined we outside the lobby on Wall St.and injured shoulder while illegally locking eee out.  11/19/2022
---------- Forwarded message ---------
From: **Ha, Frances N** <Frances.N.Ha@hud.gov>
Date: Thu, Dec 1, 2022, 7:28 AM
Subject: HUD Inquiry 708244 - data request
To: skidgrrrow@gmail.com <skidgrrrow@gmail.com>

Dear Claimant,
 You have contacted us alleging housing discrimination in violation of federal fair housing laws.  In order to evaluate your claim, we need to discuss your claim with you.  **Please contact Frances Ha in our Intake Unit at frances.n.ha@hud.gov** and discuss your claim.  We have not filed a complaint, no investigation is presently contemplated, and we cannot proceed until we are able to obtain more information from you.  If we do not hear from you in ten days, we will close this inquiry administratively, but will reopen it if you provide the needed information within the applicable limitations period.
 If you would rather respond by post or email, generally we need the following information in order to evaluate a claim.
 Do you wish to go forward with your complaint or, withdraw it?  If you wish to go forward with it, continue to respond to the following questions.

1.        How were you discriminated against?  State briefly what happened.  Describe incidents with dates and perpetrators.

2.        Who discriminated against you?  What did they do?  Please provide their mailing address.

3.        Why do you believe any injury is because of your race, color, national origin, religion, sex, disability, or familial status?  Describe incidents with dates that indicate a protected status is involved.

4.        When did these incidents that denied you rights occur?

5.        What is the address of the property where the discrimination occurred?

6.        Please provide the names of all persons in your household at the time of the discrimination, the dates of birth for the minors, and your current mailing address.  Please also include your current phone number and email address.

7.        How is your landlord harassing you based on race, color, national origin, religion, sex disability, or familial status?

8.        Do you have a preferred pronoun for us to use in our communications with you?

9.        When did you move into the unit?

10.        Please describe your dwelling – do you live in an apartment complex? Single-family home? Duplex, triplex, or fourplex?

11.        When was the last date of violation (MM/DD/YYYY), and what happened on that date?  Please note that under the Fair Housing Act you have a statute of limitations of one year from the last date of discrimination if you file with this office, and two years if you file your own action in a state or federal court.  Under other fair housing laws addressing government housing activities the statute of limitations is 180 days.  We will be glad to work with you to determine if a description of events presents a sufficient basis to file a complaint in this office if you provide us the necessary information within the applicable limitations period.  It is therefore extremely important that you contact us promptly if the end of the applicable limitations period or irreparable harm is imminent.

Thank you,


Frances Ha
Frances Ha (She/Her)
Equal Opportunity Specialist
Office of Fair Housing and Equal Opportunity
United States Department of Housing and Urban Development
One Sansome Street, Suite 1200
San Francisco, California 94104-4430
Phone: 202-826-9XXX
Email: Frances.N.Ha@hud.gov



---

**"Pro Se Filing – 23-CV-0001." Fwd: FILE ON DEMAND**
1 message

---

Toliver Totenberg <reasonlogiclaw@gmail.com>                                    Fri, Nov 25, 2022 at 11:08 AM
Draft To: Temporary Pro Se Filing NYSD <Temporary_Pro_Se_Filing@nysd.uscourts.gov>
Cc: PrivacyOffice@doj.ca.gov, FOIL@dany.nyc.gov, adacoordinator@vacourts.gov

---

Chavez Does,
c o B eee Flatt + 13
106 1/2 Judge John Alison St.
PMB 722
Los Angeles, CA 90014
(512) 4-DOE-757
rtsmed@proton.me


Chavez, }
Caeser; }          **Enforcement**
*et al. v.* }          23 Civ. 1
HUD;. }          (LLS)(GWG)
MMS }          42 U.S.C. 3613
Does; }
*et al.* }

Sec. 813.

## (a) Civil Action. --

(1)

(A) An aggrieved person may commence a civil action in an appropriate United States district court or State court not later than 2 years after the occurrence or the termination of an alleged discriminatory housing practice, or the breach of a conciliation

agreement entered into under this title, whichever occurs last, to obtain appropriate relief with respect to such discriminatory housing practice or breach.

(B) The computation of such 2-year period shall not include any time during which an administrative proceeding under this title was pending
with respect to a complaint or charge under this title based upon such discriminatory housing practice. This subparagraph does not apply to actions arising from a breach of a conciliation agreement.

(2) An aggrieved person may commence a civil action under this subsection whether or not a complaint has been filed under section 810(a) and without regard to the status of any such complaint, but if the Secretary or a State or local agency has obtained a conciliation agreement with the consent of an aggrieved person, no action may be filed under this subsection by such aggrieved person with respect to the alleged discriminatory housing practice which forms the basis for such complaint except for the purpose of enforcing the terms of such an agreement.

(3) An aggrieved person may not commence a civil action under this subsection with respect to an alleged discriminatory housing practice which forms the basis of a charge issued by the Secretary if an administrative law judge has commenced
a hearing on the record under this title with respect to such charge.

**(b) Appointment of Attorney by Court.** bit.ly/probonopublico -- Upon application by a person alleging a discriminatory housing practice or a person against whom such a practice is alleged, the court may--

(1) appoint an attorney for such person; or

(2) authorize the commencement or continuation of a civil action under subsection (a) without the payment of fees, costs, or security,

if in the opinion of the court such person is financially unable to bear the costs of such action.

## (c) Relief Which May Be Granted.

(1) In a civil action under subsection
(a), if the court finds that a discriminatory housing practice has occurred or is about to occur, the court may award to the plaintiff actual and punitive damages, and subject to subsection (d), may grant as relief, as the court deems appropriate, any permanent or temporary injunction, temporary restraining order, or other order (including an order enjoining the defendant from engaging in such practice or ordering such affirmative action as may be appropriate).

(2) In a civil action under subsection
(a), the court, in its discretion, may allow the prevailing party, other than the United States, a reasonable attorney's fee and costs. The United States shall be liable for such fees and costs to the same extent as a private person.

Affirmed under penalty of perjury this 24th Day of November, 2022.

Juan Pablo Chavez, Chief
Maestro
/s/ Mr. Chavez, Pro seE-113 IFP

Chief Caeser, Counsel
Lead
/s/ Chēf Seizure, E-13, #270

Caeser,
c/o Reason, Logic & Law
151 1st Ave., 270
NY, NY 10003
(202) 643-3LAW
skidgrrrow@gmail.com

Fair Housing Basics:
https://youtu.be/TuUExq8jWhQ

Disability Rights:
https://youtu.be/Vw7yrMX89IM

For Counselors:
https://youtu.be/IZsSIBoTd1E

-
https://www.justice.gov/crt/fair-housing-act-2

https://youtu.be/Ib-qrGGnHA4



**"Pro Se Filing – 23-CV-0001." Fwd: FILE ON DEMAND Fwd: HUD Inquiry 708244 - data request**
1 message

---

Toliver Totenberg <reasonlogiclaw@gmail.com>                    Fri, Dec 2, 2022 at 11:01 AM
Draft

---

"Pro Se Filing – 23-CV-0001." Fwd: FILE ON DEMAND


Chavez Does,


c o B eee Flatt + 13
106 1/2 Judge John Alison St.
PMB 722
Los Angeles, CA 90014
(512) 4-DOE-757
rtsmed@proton.me

Chavez; }
Caeser;  }         **Enforcement**
*et al.* v. }         23 Civ. 1
HUD;.    }         (LLS)(GWG)
MMS    }         42 U.S.C. 3613
Does;    }
<u>*et al.*</u>    }

Sec. 813.

## (a) Civil Action. --

(1)

(A) An aggrieved person may commence a civil action in an appropriate United States district court or State court not later than 2 years after the occurrence or the termination of an alleged discriminatory housing practice, or the breach of a conciliation agreement entered into under this title, whichever occurs last, to obtain appropriate relief with respect to such discriminatory housing practice or breach.

(B) The computation of such 2-year period shall not include any time during which an administrative proceeding under this title was pending with respect to a complaint or charge under this title based upon such discriminatory housing practice. This subparagraph does not apply to actions arising from a breach of a conciliation agreement.

(2) An aggrieved person may commence a civil action under this subsection whether or not a complaint has been filed under section 810(a) and

without regard to the status of
any such complaint, but if the
Secretary or a State or local
agency has obtained a
conciliation agreement with
the consent of an aggrieved
person, no action may be filed
under this subsection by such
aggrieved person with respect
to the alleged discriminatory
housing practice which forms
the basis for such complaint
except for the purpose of
enforcing the terms of such an
agreement.

(3) An aggrieved person may
not commence a civil action
under this subsection with
respect to an alleged
discriminatory housing
practice which forms the basis
of a charge issued by the
Secretary if an administrative
law judge has commenced
a hearing on the record under
this title with respect to such
charge.

**(b) Appointment of Attorney
by Court.**
bit.ly/probonopublico -- Upon
application by a person
alleging a discriminatory

housing practice or a person against whom such a practice is alleged, the court may--

(1) appoint an attorney for such person; or

(2) authorize the commencement or continuation of a civil action under subsection (a) without the payment of fees, costs, or security, if in the opinion of the court such person is financially unable to bear the costs of such action.

## (c) Relief Which May Be Granted.

(1) In a civil action under subsection (a), if the court finds that a discriminatory housing practice has occurred or is about to occur, the court may award to the plaintiff actual and punitive damages, and subject to subsection (d), may grant as relief, as the court deems appropriate, any permanent or temporary injunction, temporary restraining order, or other order (including an order enjoining the defendant from engaging in such practice or ordering such affirmative action as may be appropriate).

(2) In a civil action under subsection (a), the court, in its discretion, may allow the prevailing party, other than the United States, a reasonable attorney's fee and costs. The United States shall be liable for such fees and costs to the same extent as a private person.

Affirmed under penalty of perjury this 24th Day of November, 2022.

---

Juan Pablo Chavez, Chief
Maestro
/s/ Mr. Chavez, Pro seE-113 IFP

---

Chief Caeser, Counsel
Lead
/s/ Chēf Seizure, E-13, #270

Caeser,
c/o Reason, Logic & Law
151 1st Ave., 270
NY, NY 10003
(202) 643-3LAW
skidgrrrow@gmail.com

–

Fair Housing Basics:
https://youtu.be/TuUExq8jWhQ

Disability Rights:
https://youtu.be/Vw7yrMX89IM

For Counselors:
https://youtu.be/IZsSIBoTd1E

–
https://www.justice.gov/crt/fair-housing-act-2

https://youtu.be/Ib-qrGGnHA4

——— Forwarded message ———
From: **TSE MANAGEMENT™** <time.space.energy.mgmt@gmail.com>
Date: Fri, Dec 2, 2022, 10:44 AM
Subject: Fwd: HUD Inquiry 708244 - data request
To: Reason, Logic & Law <reasonlogiclaw@gmail.com>


——— Forwarded message ———
From: **TSE MANAGEMENT™** <time.space.energy.mgmt@gmail.com>
Date: Fri, Dec 2, 2022, 9:16 AM
Subject: Fwd: HUD Inquiry 708244 - data request
To: Reason, Logic & Law <reasonlogiclaw@gmail.com>, <izabellemaysi@proton.me>
Cc: <ombudsman@dhs.nyc.gov>, <info@sus.org>, TSE MANAGEMENT™ <time.space.energy.mgmt@gmail.com>,
<kazava@mannatt.com>, <rtsmd@proton.me>

DHS
#3228281 Manhattan Mini Storage
Unit # 3-16-51 44th Street/Highway HH
718-291-4141
Call next Thursday
if know response.

https://drive.google.com/folderview?id=1Tlhso41lYfxW08hIDFPLa0HTwEFQCdt-

———— Forwarded message ————
From: **Chēf Ron Tubaman** <skidgrrrow@gmail.com>
Date: Thu, Dec 1, 2022, 8:11 PM
Subject: Fwd: HUD Inquiry 708244 - data request
To: Reason, Logic & Law <reasonlogiclaw@gmail.com>, <HomelessMobileUnit@pubdef.lacounty.gov>,
<answers@hud.gov>, Questions CA09Operation <questions@ca9.uscourts.gov>, <frances.n.ha@hud.gov>
Cc: <time.space.energy.mgmt@gmail.com>

[Q]uestions.

**1. How were you discriminated against? State briefly what happened. Describe incidents with dates and perpetrators.**

Used Vent/Thermostat. Keys. Contracts. Guards/State Actors. In disparity.

**2. Who discriminated against you? What did they do? Please provide their mailing address.**

John/Jane Does 1-9

HACLA
2600 Wilshire Blvd, Los Angeles, CA 90057

Ballington Plaza, Maintenance/Custodian
622 Wall St.
Los Angeles, CA 90014

**3. Why do you believe any injury is because of your race, color, national origin, religion, sex, disability, or familial status? Describe incidents with dates that indicate a protected status is involved.**

Use of racial slurs based on color of skin, minority status. Disability because of inappropriate question re: mental health/history. Smoke/Service Animal.

Please see grievances filed with voala ethics point and lobby staff for incident dates.

**4. When did these incidents that denied you rights occur?**

2/1/22 - Present

**5. What is the address of the property where the discrimination occurred?**

622 Wall St. C/D-building/ A-building Main Lobby
Los Angeles CA 90014

**6. Please provide the names of all persons in your household at the time of the discrimination, the dates of birth for the minors, and your current mailing address. Please also include your current phone number and email address.**

Carlos, Maintenance; Mr. Ronald Love, Security Guard.

**7. How is your landlord harassing you based on race, color, national origin, religion, sex disability, or familial status?**

Thermostat/Vent abuse because mental history, old condition, maintenance. Servitude. Involuntary.

**8. Do you have a preferred pronoun for us to use in our communications with you?**

Chief or Mister.

**9. When did you move into the unit?**

2/1/22

**10. Please describe your dwelling – do you live in an apartment complex? Single-family home? Duplex, triplex, or fourplex?**

Hotel Coroner Office with Tubroom, Single shower, and built-in workdesk, cabinet, wardrobe. Quarter Semi-furnished.

**11. When was the last date of violation (MM/DD/YYYY), and what happened on that date?**

Mr. Love and the police confined we outside the lobby on Wall St.and injured shoulder while illegally locking eee out. 11/19/2022

———— Forwarded message ————
From: **Ha, Frances N** <Frances.N.Ha@hud.gov>
Date: Thu, Dec 1, 2022, 7:28 AM
Subject: HUD Inquiry 708244 - data request
To: skidgrrrow@gmail.com <skidgrrrow@gmail.com>

Dear Claimant,

You have contacted us alleging housing discrimination in violation of federal fair housing laws.  In order to evaluate your claim, we need to discuss your claim with you.  **Please contact Frances Ha in our Intake Unit at frances.n.ha@hud.gov** and discuss your claim.  We have not filed a complaint, no investigation is presently contemplated, and we cannot proceed until we are able to obtain more information from you.  If we do not hear from you in ten days, we will close this inquiry administratively, but will reopen it if you provide the needed information within the applicable limitations period.

If you would rather respond by post or email, generally we need the following information in order to evaluate a claim.

<u>Do you wish to go forward with your complaint or, withdraw it</u>?  If you wish to go forward with it, continue to respond to the following questions.

1.      How were you discriminated against?  State briefly what happened.  Describe incidents with dates and perpetrators.

2.      Who discriminated against you?  What did they do?  Please provide their mailing address.

3.      Why do you believe any injury is because of your race, color, national origin, religion, sex, disability, or familial status?  Describe incidents with dates that indicate a protected status is involved.

4.      When did these incidents that denied you rights occur?

5.      What is the address of the property where the discrimination occurred?

6.      Please provide the names of all persons in your household at the time of the discrimination, the dates of birth for the minors, and your current mailing address.  Please also include your current phone number and email address.

7.      How is your landlord harassing you based on race, color, national origin, religion, sex disability, or familial status?

8.      Do you have a preferred pronoun for us to use in our communications with you?

9.      When did you move into the unit?

10.     Please describe your dwelling – do you live in an apartment complex? Single-family home? Duplex, triplex, or fourplex?

11.     When was the last date of violation (MM/DD/YYYY), and what happened on that date?

Please note that under the Fair Housing Act you have a statute of limitations of one year from the last date of discrimination if you file with this office, and two years if you file your own action in a state or federal court.  Under other fair housing laws addressing government housing activities the statute of limitations is 180 days.  We will be glad to work with you to determine if a description of events presents a sufficient basis to file a complaint in this office if you provide us the necessary information within the applicable limitations period.  It is therefore extremely important that you contact us promptly if the end of the applicable limitations period or irreparable harm is imminent.

Thank you,


# Frances Ha

Frances Ha (She/Her)

Equal Opportunity Specialist

Office of Fair Housing and Equal Opportunity

United States Department of Housing and Urban Development

One Sansome Street, Suite 1200

San Francisco, California 94104-4430

Phone: 202-826-9XXX

Email: Frances.N.Ha@hud.gov

← **23-cv-0001**                    ✕

RESULTS IN MAIL

**R**    me ... , Rtsmed   6              Dec 24
        2:22-CV-09273-FLA-ASx
        https://drive.google.com/dri...  Inbox   ★

        ▢ image001        📄 FAER-EI...   +4

**S**    receivedpiu. ... , me   5         Dec 22
        Reply from CA Attorney General's...
        Dear Mr. Juan Chavez: ***...    Inbox   ★

        📄 Gmail - LA ...   📄 122

**E**    me, eFilingSupp.   2             Dec 2
        "Pro Se Filing – 23-CV-0001." Fwd...
        Filing – 23-CV-0001." Fwd:...    Inbox   ★

        📄 Gmail - "...    📄 copy   +1

**I**    info                             Dec 2
        Automatic reply: "Pro Se Filing – 2...
        Thank you for your email. P...   Inbox   ☆

**info** — Dec 2

Automatic reply: "Pro Se Filing – 2...

Thank you for your email. P...    `Inbox`    ☆

**Toliver Totenberg** — Dec 2

"Pro Se Filing – 23-CV-0001." Fwd...

Filing – 23-CV-0001." Fwd:...    `Inbox`    ☆

📄 Gmail - "...    📄 copy    +1

**Toliver Totenberg** — Dec 2

"Pro Se Filing – 23-CV-0001." Fwd...

Filing – 23-CV-0001." Fwd:...    `Inbox`    ☆

📄 Gmail - "...    📄 copy    +1

**Draft** — Nov 25

"Pro Se Filing – 23-CV-0001." Fwd...

. } 23 Civ. 1 HUD;. } (LLS)(GWG) M...    ☆

📄 proseco...    📄 IFP-appli...    +3

