# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:23–cv–00009–LTS

Chavez v. American Express et al  
Assigned to: Judge Laura Taylor Swain  
Cause: 15:1331 Federal Cigarette Labeling & Advertising Act

Date Filed: 01/03/2023  
Date Terminated: 01/05/2023  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Juan Pablo Chavez**  
*Prince of New York*

represented by **Juan Pablo Chavez**  
151 1st Ave.  
#270  
New York, NY 10003  
PRO SE

V.

**Defendant**

**American Express**

**Defendant**

**High Yield Savings**

**Defendant**

**Cash App**

**Defendant**

**The United States Social Security Administration**

**Defendant**

**The State of California**

**Defendant**

**John Does 1–72**

**Defendant**

**Jane Does 1–72**

**Defendant**

**Doe # 73**

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 01/03/2023 | Ï 1 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Juan Pablo Chavez..(rdz) (Entered: 01/04/2023) |
|---|---|---|
| 01/03/2023 | Ï 2 | COMPLAINT against American Express, Cash App, Doe # 73, High Yield Savings, Jane Does 1–72, John Does 1–72, The State of California, The United States Social Security Administration. Document filed by Juan Pablo Chavez..(rdz) (Entered: 01/04/2023) |
| 01/03/2023 | Ï | Case Designated ECF. (rdz) (Entered: 01/04/2023) |
| 01/03/2023 | Ï 3 | LETTER from Juan Pablo Chavez re: Sending you love. Document filed by Juan Pablo Chavez..(rdz) (Additional attachment(s) added on 1/4/2023: # 1 Supplement) (rdz). (Entered: 01/04/2023) |
| 01/05/2023 | Ï | NOTICE OF CASE REASSIGNMENT – SUA SPONTE to Judge Laura Taylor Swain. Judge Unassigned is no longer assigned to the case. (vba) (Entered: 01/05/2023) |
| 01/05/2023 | Ï 4 | TRANSFER ORDER: The Clerk of Court is directed to transfer this action to the United States District Court for the Central District of California, Western Division. Whether Plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court. A summons shall not issue from this Court. This order closes this case. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED. (Signed by Judge Laura Taylor Swain on 1/5/23) (rdz) Transmission to Office of the Clerk of Court for processing. (Entered: 01/06/2023) |
| 01/05/2023 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Central District of California.(rdz) (Entered: 01/13/2023) |
| 01/09/2023 | Ï | MAILING RECEIPT: Document No: 4. Mailed to: Juan Pablo Chavez 151 1st Ave. #270 New York, NY 10003. (dsh) (Entered: 01/09/2023) |