FILED
2023 SEP 22 PH 3:07

Name: JUAN P. CHAVEZ
Address: c/o FRANK AMARO
517 SAN JULIAN ST #212 LA, CA 90013
Phone: (512) 436-3757
Fax: 18137626514

In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JUAN PABLO CHAVEZ
Prince of [New] New York,
et al.  LA, CA 90011   Plaintiff
v.
AMERICAN EXPRESS, et al.
Defendant(s).

CASE NUMBER: "2" - 23-CV-00284-ODW-AS
1st Amended Comp.

(Enter document title in the space provided above)

**AMEND. COMPLIANT**

I do not agree with the receipt of remand Doc #12 because it belongs to case 5:23-cv-00284-ODW-KK

Page Number 2:1

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Chavez v. Doe 23-cv-5030

※ 2:23-CV-05384-DMG (MRW)
— Doc to Order
pg 3 last from page 2

↳ 23-CV-06438-DMG (MRW)

( 23-CV-5123 (LTS) )

Freeman v. Sterigenics U.S. LLC